**No. P67/309.**—Shopping Int'l., Inc., et al. *v.* United States, protests 66/40959, etc. (New York).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of stone lanterns

and similar merchandise similar in all material respects to those the subject of *Otagiri Mercantile Co., Inc.,* and *Hoyt, Shepston & Sciaroni et al.* v. *United States* (44 Cust. Ct. 184, C.D. 2173), the claim of the plaintiffs was sustained.